# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV09-00866-WDK(FMOx) | Date | May 14, 2010 |
|---|---|---|---|
| Title | J & J Sports Productions Inc. v. Chang Whe Lim et al | | |

**Present: The Honorable**  William D. Keller, United States District Court Judge

Patricia Gomez
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE.

Pursuant to this Court's April 14, 2010 Order, Plaintiff was to show cause in writing by May 3, 2010 on why this action should not be dismissed for lack of prosecution. The deadline has elapsed without compliance. Within five (5) days of this order, Plaintiff is to show cause in writing why sanctions should not be issued for a failure to comply with this Court's order.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer   PG